■ HARRY GOLDSTEIN, Appellant-Respondent, v OPPENHEIMER PROPERTIES, INC., Defendant, MAHOPAC CENTER ASSOCIATES, L.P., et al., Respondents, and MAHOPAC FOODS, INC., Respon-

dent-Appellant.—Order, Supreme Court, New York County (Eugene Nardelli, J.), entered on November 28, 1990, unanimously affirmed for the reasons stated by Eugene Nardelli, J., with one bill of $250 costs and disbursements payable to defendants-respondents and defendant-respondent-appellant. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Kupferman and Kassal, JJ.